**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Miguel Bolivar _____ JOINT DEBTOR: _____ CASE NO.: _____

SS#: xxx-xx- 5030 _____ SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | |
|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $4,056.24 _____ for months  1  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE    ☐ PRO BONO

| Total Fees: | $4,650.00 | Total Paid: | $615.00 | Balance Due: | $4,035.00 |
|---|---|---|---|---|---|
| Payable | $67.25 /month (Months  1  to  60  ) | | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,650.00  Safe Harbor Attorney Fees and Costs (Bankruptcy)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS  ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| 1.  Creditor: Caliber Home Loans, Inc. | |

| Address: Attn: Cash Operations PO Box 24330 Oklahoma City, OK 73124 | Arrearage/ Payoff on Petition Date | $96,609.59 | |
|---|---|---|---|
| | Arrears Payment (Cure) | $1,610.16 | /month (Months  1  to  60  ) |
| | Regular Payment (Maintain) | $1,438.20 | /month (Months  1  to  60  ) |

Last 4 Digits of
Account No.:  8308

Other: _____

LF-31 (rev. 06/04/21)

Debtor(s): Miguel Bolivar                                      Case number: _____

☑ Real Property                                    Check one below for Real Property:

   ☑ Principal Residence                          ☑ Escrow is included in the regular payments

   ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
16443 SW 68th Terrace
Miami, Florida 33193

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2.  Creditor: Lake Avila Townhomes Association, Inc. _____

| | | |
|---|---|---|
| Address: Executive National Bank | Arrearage/ Payoff on Petition Date | $5,200.00 |
| Lockbox | Arrears Payment (Cure) | $86.67  /month (Months 1 to 60 ) |
| PO Box 162708 | Regular Payment (Maintain) | $130.00  /month (Months 1 to 60 ) |
| Miami, Florida 33116 | | |

Last 4 Digits of
Account No.: _____ 7003 _____

Other: _____

☑ Real Property                                    Check one below for Real Property:

   ☑ Principal Residence                          ☐ Escrow is included in the regular payments

   ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
16443 SW 68th Terrace
Miami, Florida 33193

☐ Personal Property/Vehicle

Description of Collateral: _____

---

**B.  VALUATION OF COLLATERAL:**  ☑ NONE

**C.  LIEN AVOIDANCE**  ☑ NONE

**D.  SURRENDER OF COLLATERAL:**  ☑ NONE

**E.  DIRECT PAYMENTS**  ☑ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

  **A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**  ☑ NONE

  **B.  INTERNAL REVENUE SERVICE:**  ☐ NONE

| | | |
|---|---|---|
| Total Due: $17,900.00 | Total Payment | $17,900.00 |
| Payable: $298.34  /month (Months 1 to 60 ) | | |

  **C.  DOMESTIC SUPPORT OBLIGATION(S):**  ☑ NONE

  **D.  OTHER:**  ☑ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

  **A.** Pay ____ $20.00 ____ /month (Months 1 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  **B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  **C.  SEPARATELY CLASSIFIED:**  ☑ NONE

Debtor(s): Miguel Bolivar          Case number: _____

VI.     **STUDENT LOAN PROGRAM**  ☑ NONE

VII.    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ☑ NONE

VIII.   **INCOME TAX RETURNS AND REFUNDS:**  ☑ NONE

IX.     **NON-STANDARD PLAN PROVISIONS**  ☑ NONE


**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|

Miguel Bolivar


/s/ _____     01/04/2022 _____
Attorney with permission to sign on          Date
      Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**